UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANIL SAWANT, ET AL. | ) No. 07CV00980 VLB )  )  |
| Plaintiffs | ) ) |
| v. | ) ) |
| GEOFFREY RAMSEY, ET AL. | ) ) |
| Defendants | ) ) |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiffs, Enrique Jose Contreras, et al. hereby moves that PHILLIP KIM be admitted PRO HAC VICE in the above case as counsel with local counsel as identified below.

        Plaintiffs, Enrique Jose Contreras, el al.
        By: Joel T. Faxon (ct 16255)
        Stratton Faxon
        59 Elm Street
        New Haven, CT 06510

Dated: September 13, 2009

## ATTORNEY'S CERTFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of New York, and the United States District Courts, Southern District of New York, Eastern District of New York, District of Colorado, and my eligibility practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice status revoked by any court.

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) I have am not currently admitted pro hac vice in any open case in this District.

(5) I understand my obligations to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Connecticut Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

_[signature]_
Signature of Pro Hac Vice Applicant

| Phillip Kim | 4145397 |
|---|---|
| Name | State Bar ID# |

The Rosen Law Firm
Firm Name

350 Fifth Avenue, Suite 5508, New York, NY 10118
Business Address

| (212) 686-1060 | (212) 202-3827 |
|---|---|
| Telephone Number | Fax Number |

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

*/s/ Joel T. Faxon*

_____
Signature of Local Counsel

| | |
|---|---|
| Joel T. Faxon | ct 16255 |
| Name | State Bar ID# |

Stratton Faxon
Firm Name

59 Elm Street, New Haven, CT 06510
Business Address

| | |
|---|---|
| (203) 624-9500 | (203) 624-9100 |
| Telephone Number | Fax Number |

## ORDER

This motion is hereby _____

_____
District Judge

Date:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANIL SAWANT, ET AL. | ) | CIVIL ACTION |
| | ) | No. 07-CV-00980 (VLB) |
| Plaintiff, | ) | |
| v. | ) | |
| GEOFFREY RAMSEY, ET AL. | ) | |
| Defendants. | ) | SEPTEMBER 15, 2009 |

### CERTIFICATE OF SERVICE

I hereby certify that on September 15 2009, copies of Plaintiff's Motion for Admission Pro Hac Vice and Affidavit of Laurence Rosen, Esq. in support was filed manually and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: September 15, 2009

By: _____
Joel T. Faxon (CT16255)
STRATTON FAXON
59 Elm Street
New Haven, Connecticut 06510
Telephone: (203) 624-9500
Facsimile: (203) 624-9100
Email: jfaxon@strattonfaxon.com

-and-

Phillip Kim (4145397)
THE ROSEN LAW FIRM

350 Fifth Avenue, Suite 5508
New York, NY 10118
Email: pkim@rosenlegal.com
***ATTORNEYS FOR PLAINTIFFS***