UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANIL SAWANT, ET AL. <br><br> Plaintiffs <br><br> v. <br><br> GEOFFREY RAMSEY, ET AL. <br><br> Defendants | No. 07CV00980 VLB <br><br> January 22, 2010 |

**NOTICE OF WITHDRAWAL OF OPPOSITION TO PLAINTIFF
McCUNE'S MOTION FOR A PROTECTIVE ORDER**

Defendant Roger D. Lockhart withdraws his opposition [Dkt. No. 167] to plaintiff Constance McCune's motion for a protective order [Dkt. 170] in view of the documentation of her medical condition. [Dkt. 172].  Nothing herein waives McCune's obligation to appear at trial, if any, or concerns or should is any concession regarding the obligation of all other plaintiffs to appear in this jurisdiction for deposition.

Respectfully submitted

/s/Peter M. Casey
Peter M. Casey
151 Carlton Lane
North Andover, MA 01845
(617) 312-8752

*Attorney for Defendant Roger D. Lockhart*

## CERTIFICATE OF SERVICE

      I, Peter M. Casey, the attorney for Roger D. Lockhart in the above-captioned matter, hereby certify that on this 22nd day of January 2010, the foregoing was filed through the ECF system and will be sent electronically to the registered participants through the ECF system.


                                                /s/Peter M. Casey