UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RADAR DEVICES, INC., ENRIQUE JOSE CONTRERAS, JOSE SUAREZ, BOUNE OME RAHANAVONG, JOSEPH SU, HERMANT A. DESAI MELVIN J. ARRANDT, ANASTASIA MICHOS, MOSTAFA M. GAMALI, JAMES M. SEMLER, KOUK S. LEE, HARESH S. SHAH, MICHAEL LOUIS KRAMER, LAURA M. SODANO, DIANA L. NASSANEY, ESTATE OF JOHN J. ZAHORCHAK, BY AND THROUGH ITS REPRESENTATIVE MARY CATHERINE GILBERT, JAMES RUSSELL YOWELL, JASON NOVONTY, SHASHANK MATHUR, LOUIS HOLCOMB, CONSTANCE T. MCCUNE, JONATHAN EGGENA, KIPP TEAMEY, LARRY D. GREGORY, RENEE L. BRUNT, DAVID TAIWO, AIMAN YOUSSIF, MICHAEL SCHOEMAN, LAWERENCE EDWARD DOMBROWSKI, BROOKS L. HURST, GEZIM ZEKO, DOUGLAS M. YELIN, JOYCE ZU, JOHN N. TESSENDORF, CHEN-WAI SHIH, THIEN B. TRAIN, JAMES STRODE, WILLIAM I. FENDER, DAVID A. BURNS, BALAJI RAGHUNATH, MOSTAFA SHOWRAKI, AND MATTHEW P. SAMUEL,<br><br>V.<br><br>GEOFFREY W. RAMSEY, DAVID J. MURPHY, ROGER LOCKHART, PETER SARMANIAN, | NO. 3:07-CV-980(VLB) |

## JUDGMENT

This action having come before the Court by jury trial before the Honorable Vanessa L. Bryant, United States District Judge; and

The defendant Roger Lockhart, having previously filed a motion for summary judgment, and the Court having issued an order on September 22, 2010, granting the defendant's motion; and

The defendant Peter Sarmanian, having previously been dismissed on September 28, 2010;

The remaining claims having been tried to a jury and the jury having returned a verdict in favor of plaintiffs, Anastasia Michos, Diane Nassaney, Radar Devices, Matthew Samuel, Michael Kramer, Jonathan Eggena, James Yowell, Balaji Raghunath and David Taiwo;

The defendants David Murphy and Geoffrey Ramsey, having orally moved to dismiss remaining plaintiffs, and the Court having granted the defendants' motion on June 25, 2012; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered dismissing plaintiffs' complaint as to the defendant Peter Sarmanian; and further

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of defendant Roger Lockhart; and it is further

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor plaintiffs Anastasia Michoes in the amount of $86,958.60, Diane Nassaney in the amount of $41,708.39, Radar Devices in the amount of $518,244.85, Matthew Samuel in the amount of $63,234.60, Michael Kramer in the amount of $62,395.20, Jonathan Eggena in the amount of $30,650.00, James Yowell in the amount of $37,235.00, Balaji Raghunath in the amount of $142,956.87

~3~

and David Taiwo in the amount of $26,982.51;

Dated at Hartford, Connecticut, this 27th day of June, 2012.

ROBIN D. TABORA, Clerk

By       /s/LL
         Loraine LaLone
         Deputy Clerk

EOD:  6/27/12